OPINIONS OF THE SUPREME COURT OF OHIO
      The full texts of the opinions of the Supreme Court of Ohio
are being transmitted electronically beginning May 27, 1992,
pursuant to a pilot project implemented by Chief Justice Thomas
J. Moyer.
      Please call any errors to the attention of the Reporter's
Office of the Supreme Court of Ohio.  Attention:  Walter S.
Kobalka, Reporter, or Justine Michael, Administrative Assistant.
Tel.:  (614) 466-4961; in Ohio 1-800-826-9010.  Your comments on this
pilot project are also welcome.
      NOTE:  Corrections may be made by the Supreme Court to the
full texts of the opinions after they have been released
electronically to the public.  The reader is therefore advised to
check the bound volumes of Ohio St.3d published by West Publishing
Company for the final versions of these opinions.  The advance
sheets to Ohio St.3d will also contain the volume and page
numbers where the opinions will be found in the bound volumes of
the Ohio Official Reports.

Collinsworth, Appellee, v. Western Electric Company, Appellant; Mayfield, Admr., et al., Appellees.

[Cite as Collinsworth v. Western Elec. Co. (1992)    Ohio St.3d .]

Workers' compensation -- Payment of medical expenses tolls the ten-year statute of limitations contained in R.C. 4123.52.

(Nos. 91-699 and 91-707 -- Submitted April 27, 1992 -- Decided June 3, 1992.)

Certified by and Appeal from the Court of Appeals for Franklin County, No. 90AP-816.

On Motion for Clarification.

Porter, Wright, Morris & Arthur and Darrell R. Shepard, for appellant.

Lee I. Fisher, Attorney General, and Gerald H. Waterman, for appellees Industrial Commission and James Mayfield, Administrator of the Bureau of Workers' Compensation.

Alice Robie Resnick, J.    Upon consideration of the motion for clarification filed by appellees Industrial Commission et al., the last sentence of the decision of this court issued on March 18, 1992 in Collinsworth v. Western Elec. Co. (1992), 63 Ohio St.3d 268, 568 N.E.2d 1071, is modified to read as follows:

"For all of the above reasons, we affirm the judgment of the court of appeals and remand this cause to the common pleas

court for further proceedings consistent with this opinion."

                    Order accordingly.

    Moyer, C.J., Sweeney, Holmes, Douglas, Wright and H. Brown, JJ., concur.